# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

# CIVIL NOTICE

| | |
|---|---|
| HALEY | ) |
| | ) CASE NO. 3:05-0422 |
| v. | ) JUDGE TRAUGER |
| | ) |
| WHITE CONS. IND. | ) |

**TAKE NOTE THAT THE PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS INDICATED BELOW:**

**TYPE OF PROCEEDING:**
**INITIAL CASE MANAGEMENT CONFERENCE**

**DATE SET:**
**AUGUST 15, 2005**

**DATE RESET:**
**AUGUST 16, 2005 at 3:30 pm**

<table>
<tr><td>DATE<br>8/1/05</td><td>BETTY BRIGGS-JONES<br>COURTROOM DEPUTY CLERK</td></tr>
</table>

CC: Donald Zuccarello, Thomas Henderson