IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
STEPHEN A. HALEY                      )
                                      )
v.                                    )   No. 3:05-0422
                                      )   Magistrate Judge Brown
WHITE CONSOLIDATED INDUSTRIES,        )
INC. d/b/a ELECTROLUX HOME            )
PRODUCTS, INC.                        )
```

**O R D E R**

This civil action is before the undersigned for all further proceedings, pursuant to the consent of the parties and the Order of the District Judge (Docket Entry Nos. 7, 12). Currently pending are two dispositive motions, defendant's motions to dismiss (Docket Entry No. 23) and for summary judgment (Docket Entry No. 36).

For the reasons given in the accompanying Memorandum, the motion to dismiss is hereby DENIED, the motion for summary judgment is hereby GRANTED, and plaintiff's case is hereby DISMISSED with prejudice. It is further ordered that defendant may recover those reasonable attorneys' fees which were incurred in its efforts to obtain third-party discovery from plaintiff's past employers. The appropriate papers in support of such an award shall be filed in accordance with the provisions of Local Rule 13(e).

This Order shall constitute the final judgment in this

1

action.

So **ORDERED** this 23rd day of May, 2006.

                                             /s/ Joe B. Brown
                                             JOE B. BROWN
                                             United States Magistrate Judge